IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01093-WDM-CBS

DOUGLAS M. BIRDSONG,
BOBBY JO BIRDSONG,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

    Defendant.

---

**ORDER OF DISMISSAL**

---

Pursuant to the Stipulated Motion for Dismissal With Prejudice, it is **ORDERED** that this action is dismissed with prejudice, each party to bear its own costs, expenses and attorneys' fees.

Dated: 12/5/07

BY THE COURT:

Walker D. Miller
United States District Judge